AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Beverly Diane Stinson | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:01-1987-MJP |
| United States of America | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■  other: judgment is entered in favor of the defendant United States as to the plaintiff's first cause of action and the United States is not liable and responsible for the alleged damages suffered by the Plaintiff.  The plaintiff Beverly Diane Stinson shall take nothing of the defendant United States.
Further, the Court in its Order filed July 22, 2002, granted the defendant's motion for partial summary judgment and dismissed plaintiff's second and third causes of action without prejudice.

■  IT IS ORDERED that the plaintiff Beverly Diane Stinson shall take nothing of the defendant United States and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ tried by the Honorable <u>Matthew J. Perry Jr.</u> presiding, without a jury on plaintiff's first cause of action.  This action also came to hearing before the Honorable <u>Matthew J. Perry Jr.</u> presiding wherein the issues were heard and the Court granted defendant's motion for partial summary judgment by order dated July 22, 2002 which dismissed plaintiff's second and third causes of action.

☐ decided by the Honorable

Date:   March 31, 2011                                          *CLERK OF COURT*

                                                                              s/ Peppa Caskey
                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*